IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Vincent Thompson　　　　　　　　　　CASE NO. 4:24-BK-13726
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

**OBJECTION TO CONFIRMATION**

Union Bank & Trust Company ("UB&T"), by its counsel, Barton & Roper, PLLC, and for its Objection to Confirmation states:

1. Debtor's indebtedness to UB&T commenced on September 20, 2011 with a loan in the original principal amount of $35,671.00.

2. That on the date of filing herein, Debtor was indebted to UB&T in the sum of $30,719.14 together with interest accruing at the rate of $4.48 per day.

3. That said indebtedness is secured by a first mortgage lien on the following-described real property situated in Drew County, Arkansas:

> A parcel of land in the Southwest Quarter of the southeast Quarter (Pt SW¼ of SE ¼) of Section 27, Township 11 South, Range 7 West, described as beginning at the Northeast corner thereof and thence running South along the East Boundary of said 40 acre tract a distance of 16.25 chains, thence run West to the Western Boundary of the right-of-way of Arkansas State Highway No. 81 for a point of beginning for the land hereby described and from this beginning point run west a distance of 400 feet, thence run South a distance of 95.70 feet, thence run East a distance of 400 feet to the West boundary of said highway right-of-way thence run Northerly along the West boundary of said

highway a distance of 95.70 feet to the point of beginning, containing 1 acre of land, more or less. Less and except any road right-of-ways of record.

4. That to the extent that Debtor represents to the Court that he is not in default in repayment to UB&T, that is not correct.

5. That Debtor has made only the following payments to UB&T since January 1, 2022, to wit:

- June 27, 2022, $525.20
- May 30, 2024, $2,496.00
- June 10, 2024, $1,004.40

6. That Debtor's loan is fully matured according to its terms.

7. That there was pending a foreclosure sale as rendered by the Drew County Circuit Court in Cause No. 22CV-22-101 to be held the day after the day Debtor filed the present bankruptcy case.

8. That each dismissal was for failure to make required payments to the Trustee.

9. That Debtor was dismissed from a Chapter 13 Bankruptcy on March 15, 2022, Cause No. 5:16-bk-12478. At that time, Debtor represented to the Court that his income was $1,581.00 per month (the "First Case").

10. That UB&T then brought a foreclosure action in Drew County Circuit Court on July 14, 2022 (Case No. 22CV-22-101).

11. That Debtor then filed another Chapter 13 case on July 22, 2022, Cause No. 4:22-bk-11940 (the "Second Case"). This case

was dismissed on January 11, 2023 for failure to make required payments to the Trustee. In the Second Case, Debtor represented his monthly income to the Court to be $1,259.00 per month.

12. That subsequent to the dismissal of the Second Case, UB&T continued to pursue its foreclosure action, and a foreclosure sale was scheduled for November 21, 2023.

13. That on November 1, 2023, Debtor filed another Chapter 13 case, Cause No. 4:23-bk-13431 (the "Third Case"). The Third Case was dismissed on October 11, 2024 for failure to make required payments. Debtor represented to the Court that his income during the Third Case was $1,352.00 per month. Debtor testified at a hearing held on July 15, 2024 on a Motion for Relief filed on behalf of UB&T that in addition to his Social Security and Food Stamps, he would have the benefit of a $500.00 per month "gift" from his elderly mother. Nonetheless, the case was dismissed for failure to make required payments.

14. That a foreclosure was scheduled for November 14, 2024.

15. That Debtor filed this action on November 13, 2024 (the "Fourth Case"). In the Fourth Case, he represents to the Court that his income is $1,236 per month, and, again, he will be the beneficiary of a $500.00 per month "gift" from an unidentified family member.

16. That Debtor's plan is not proposed in good faith.

17. That Debtor has consistently over a period of three years demonstrated to the Court that he is either unable or unwilling to make plan payments.

18. That Debtor is a repetitive and abusive filer.

WHEREFORE, UB&T prays that Debtor's plan not be confirmed; and for all further and lawful relief to which it is entitled, it will forever pray.

**Barton & Roper, PLLC**
PO Box 507
Monticello, AR 71657
(870) 367-6288

Whit Barton (79010)
wbarton@bartonandroper.com

## CERTIFICATE OF SERVICE

    I, Whit Barton, a member of Barton & Roper, PLLC, do hereby certify that a copy of the foregoing Objection to Confirmation was served on the 22nd day of November, 2024 as follows:

Chris Foster, Attorney at Law
PO Box 1079
Heber Springs, AR 72543
(501) 847-9600
fosternotices@suddenlinkmail.com
*via CM/ECF*

Jack W. Gooding
Chapter 13 Standing Trustee
PO Box 8202
Little Rock, AR 72221-8202
*via CM/ECF*

                                **Barton & Roper, PLLC**
                                PO Box 507
                                Monticello, AR 71657
                                (870) 367-6288

                                _____
                                Whit Barton (79010)
                                wbarton@bartonandroper.com