Form nhrgccm

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Arkansas

In Re: Vincent Thompson
Debtor

Case No.: 4:24−bk−13726
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 2/13/25 at 09:00 AM

to consider and act upon the following:

*13* − Objection to Confirmation of Plan Filed by Walter Whit Barton on behalf of Creditor Union Bank & Trust Company (Barton, Walter)

Dated: 1/6/25

Linda McCormack, Clerk
By:
Erika Scales
Deputy Clerk