United States Bankruptcy Court
Eastern District of Arkansas

In re:     Case No. 24-13726-rdt
Vincent Thompson     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0860-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 06, 2025 | Form ID: nhrgccm | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Vincent Thompson, 2793 Hwy 425 North, Monticello, AR 71655-8950 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chris Foster | on behalf of Debtor Vincent Thompson fosternotices@suddenlinkmail.com |
| Jack W. Gooding | noticing@ark13.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov<br>Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;Kent.H.Johnson@usdoj.gov;saronda.t.gillespie@usdoj.gov;robert.s.baber@usdoj.gov;kathryn.a.strauss@usdoj.gov |
| Walter Whit Barton | on behalf of Creditor Union Bank & Trust Company wbarton@bartonandroper.com<br>brandon.hogg@unionbnk.com;bankruptcy@unionbnk.com;jjones@bartonandroper.com |

TOTAL: 4

Form nhrgccm

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

---

In Re: Vincent Thompson
Debtor

Case No.: 4:24−bk−13726
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 2/13/25 at 09:00 AM

to consider and act upon the following:

*13* − Objection to Confirmation of Plan Filed by Walter Whit Barton on behalf of Creditor Union Bank & Trust Company (Barton, Walter)

Dated: 1/6/25

Linda McCormack, Clerk
By:
Erika Scales
Deputy Clerk