IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: Vincent Thompson
CASE NO: 4:24-bk-13726 T

Chapter 13

**TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS
AND NOTICE OF HEARING**

Jack W Gooding, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The chapter 13 plan requires the Debtor to pay the Trustee as follows:

12/01/2024  $900.00  Monthly  ( Source: VINCENT THOMPSON $900.00 MONTHLY )

2. The Debtor is in material default with respect to the terms of the plan pursuant to 11 U.S.C. § 1307. Payments by or for the Debtor to the Trustee have not been made as proposed.

3. The Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6) as applicable.

WHEREFORE, the Trustee prays that Debtor's case be dismissed and for all other just, proper and equitable relief.

/s/ Jack W Gooding
Jack W Gooding
STANDING CHAPTER 13 TRUSTEE
P O Box 8202
Little Rock, AR 72221
(501) 537-4400

**NOTICE OF HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY**

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

03/12/2025 at 9:00 am

U.S. Bankruptcy Court
300 W. 2nd
Little Rock, AR 72201

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should: (1) appear at the hearing; and (2) file a written response to the Motion and serve it upon the Trustee at the address listed in this Motion no later than two days before the date set for the hearing.

Date: 02/04/2025

/s/ Linda McCormack
Linda McCormack
U.S. Bankruptcy Court Clerk

cc: Vincent Thompson
    2793 Hwy 425 North
    Monticello, AR  71655

Chris Foster - Electronic Notification via ECF